BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
PAMELA PAASO
Assistant United States Attorney
pamela.paaso@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DOUGLAS ROBERT DEAN,<br><br>Defendant. | 3:20-cr-00279-IM<br><br>**GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE**<br><br>**Rule 48(a) Fed. R. Crim. P.** |

United States of America moves to dismiss the information filed on July 27, 2020 without prejudice in the interest of justice. Fed. R. Crim. P. 48(a).

Dated: December 21, 2020

                                                      Respectfully submitted,

                                                      BILLY J. WILLIAMS
                                                      United States Attorney

                                                      <u>s/ *Pamela Paaso*</u>
                                                      PAMELA PAASO
                                                      Assistant United States Attorney